■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIM THOMAS, Appellant.—Appeal by the defendant, as limited by his brief, from two sentences of the County Court, Westchester County (Herold, J.), both imposed September 9, 1987.

Ordered that the sentences are affirmed (see, People v Kazepis, 101 AD2d 816; People v Suitte, 90 AD2d 80). Mangano, J. P., Brown, Lawrence, Kooper and Harwood, JJ., concur.